Lee Stein (#012368)
lee@mscclaw.com
Michael Morrissey (#012531)
michael@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291
Attorneys for Joseph Menaged

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) 19-CR-00352-DLR |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF APPEARANCE OF COUNSEL** |
| Joseph Menaged, et al, | ) |
| Defendants. | ) |

The law firm of Mitchell Stein Carey Chapman, PC, enters its notice of appearance on behalf of Defendant Joseph Menaged in the above-captioned matter. Defense counsel has been formally retained for this matter; therefore, this Notice should supersede the Limited Notice of Appearance filed on June 27, 2019.

RESPECTFULLY SUBMITTED on July 9, 2019.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: _s:/ Lee Stein_
Lee Stein
Michael Morrissey
Attorneys for Joseph Menaged

//

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and copy of the transmittal to the following ECF registrant:

Monica Edelstein
James Knapp
U.S. Attorney's Office - Phoenix, AZ
2 Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
Attorneys for Plaintiff


    s:/ B. Wolcott